AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERK'S OFFICE

2004 JUN 17 P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Regal Fabrics, Inc.

    V.

Koba, Inc.
Shopko Stores, Inc. and
IBR Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10961-RWZ

TO: (Name and address of Defendant)

Shopko Stores, Inc.
c/o CT Corporation
208 S. LaSalle St., Suite 814
Chicago, IL  60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor H. Polk, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

| CLERK | | DATE |
|---|---|---|
| | | 6-1-04 |

(By) DEPUTY CLERK

# Affidavit of Process Server

| Regal Fabrics, Inc. | vs | KOBA, Inc., et al | 04-10961 RWZ |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Tracy Ellis__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Shopko Stores, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Letter, Attachments to Civil Action Cover Sheet, Civil Cover Sheet, Corporate Disclosure of Regal Fabrics, Inc., Report on the Filing or Determination of an Action or Appeal Regarding a Copyright & Complaint with Exhibits A-D

by serving (NAME) __Dawn Schultz (Process Specialist)__

at ☐ Home _____

☒ Business __208 S. LaSalle, Chicago, IL__

☒ on (DATE) __6-3-04__ at (TIME) __11:35A__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Dawn Schultz (Process Specialist)__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading     ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, ( ) _____, ( ) _____, ( ) _____
DATE TIME

**Description:**
☐ Male      ☒ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin    ☒ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blond Hair                  ☒ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
            ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this __12__ day of __June__, 20__04__

NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS