%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT CLERKS OFFICE

District of _____

FILED

2004 JUN 17 P 3: 36

U.S. DISTRICT COURT

Regal Fabrics, Inc.

V.

Koba, Inc.
Shopko Stores, Inc. and
IBR Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04-10961RWZ

TO: (Name and address of Defendant)

IBR Corporation
d/b/a Harbortown Division
4800 W. Roosevelt
Chicago, IL   60644

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor H. Polk, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA   02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____        6-17-04
CLERK                                    DATE

_____
(By) DEPUTY CLERK

# Affidavit of Process Server

_Regal Fabrics, Inc._ vs _Koba, Inc. et al_     _04-10961 RWZ_
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE #

Being duly sworn, on my oath, I _MICHAEL JENSON_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _IBR Corporation d/b/a Harbortown Division_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____witness fee and mileage

☒ _Summons, Letter, Attachments to Civil Action Cover Sheet, Civil Cover Sheet, Corporate Disclosure of Regal Fabrics, Inc., Report on the Filing or Determination of an Action or Appeal Regarding a Copyright & Complaint with Exhibits A-I)_

by serving (NAME) _ARIAS MINOR_

at ☐ Home _____
☒ Business _4800 W Roosevelt, Chicago_
☒ on (DATE) _6-3, 04_ _____ at (TIME) _3pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _ARIAS MINOR_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                    ☐ Other:_____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (   )_____, (   )_____,
                                              DATE  TIME           DATE  TIME
(   )_____, (   )_____, (   )_____,
   DATE  TIME        DATE  TIME        DATE  TIME

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

SERVED BY
LASALLE PROCESS SERVERS

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this _12_ day of _June_, 20 _04_

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.