AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
CLERKS OFFICE
2004 JUN 17 P 3:36
U.S. DISTRICT COURT
DISTRICT OF MASS

Regal Fabrics, Inc.

V.

Koba, Inc.
Shopko Stores, Inc. and
IBR Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   04-10961RWZ

TO: (Name and address of Defendant)

Koba, Inc.
1637 N. Brentford
Naperville, IL   60563

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor H. Polk, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA   02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              6-1-04
CLERK                                                     DATE

(By) DEPUTY CLERK

# Affidavit of Process Server

Regal Fabrics, Inc.                               vs   KOBA, Inc., et al            04-10961 RWZ
**PLAINTIFF/PETITIONER**                              **DEFENDANT/RESPONDENT**          **CASE #**

Being duly sworn, on my oath, I Chaundel Sammarco,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served KOBA, Inc.
                       **NAME OF PERSON/ENTITY BEING SERVED**
with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Letter, Attachments to Civil Action Cover Sheet, Civil Cover Sheet, Corporate Disclosure of Regal Fabrics, Inc., Report on the Filing or Determination of an Action or Appeal Regarding a Copyright & Complaint with Exhibits A-D

by serving (NAME) Ravi Kobawala
at ☒ Home 1637 Brentford Naperville Il
   ☐ Business _____
   ☐ on (DATE) 6-8-04                          at (TIME) 8:07pm

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely Ravi Kobawala
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                            ☐ Other: _____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ ( )_____
                                                   DATE  TIME        DATE  TIME
( )_____ , ( )_____ , ( )_____
   DATE TIME        DATE TIME          DATE TIME

**Description:** ☒ Male      ☐ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
                ☐ Female    ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
                            ☐ Yellow Skin   ☐ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"    ☐ 131-160 Lbs.
                            ☒ Brown Skin    ☒ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☒ 161-200 Lbs.
                ☐ Glasses   ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook
                                                            Chaundel Sammarco
Subscribed and sworn to before me,                          **SERVED BY**
a notary public, this 12 day of June, 2004                  **LASALLE PROCESS SERVERS**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS