USDC
6/23/04
Filed

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGAL FABRICS, INC., <br><br>            Plaintiff, <br><br>        v. <br><br> KOBA, INC., an Illinois corporation; <br> IBR CORPORATION, d/b/a/ Harbortown Division, <br> an Illinois corporation; and <br> SHOPKO STORES, INC., a Wisconsin corporation, <br><br>            Defendants. | Civil Action No.: 04-10961 RWZ |

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants Koba, Inc., IBR Corporation, and ShopKo Stores, Inc. ("Defendants"), with the assent of the plaintiff Regal Fabrics, Inc. ("Plaintiff"), hereby move the court to allow the Defendants an additional two weeks, up to and including July 7, 2004, to file a response to Plaintiff's Complaint. In support of this motion, Defendants state that their counsel has only recently been engaged to represent them and requires this additional time to study the issues and to discuss with the Plaintiff the narrowing of issues involved in this litigation. The Plaintiff will not be prejudiced by this extension and assent to it.

WHEREFORE, Defendants Koba, Inc., IBR Corporation, and ShopKo Stores, Inc. respectfully request that this Court extend the time for them to file a response to the Plaintiff's Complaint up to and including July 7, 2004.

| RESPECTFULLY SUBMITTED: | ASSENTED TO: |
|---|---|
| KOBA, INC., IBR CORPORATION, and SHOPKO STORES, INC. Defendants, By their attorneys, | REGAL FABRICS, INC. Plaintiff, By its attorneys, |
| /s/ Mark Schonfeld | /s/ Victor Polk /ms |
| Mark Schonfeld, BBO#446980 Burns & Levinson LLP 125 Summer Street Boston, MA 02110-1624 Telephone: (617) 345-3329 Facsimile: (617) 345-3299 | Richard S. Taffet, BBO#1721182 Victor H. Polk, BBO#546099 BINGHAM McCUTCHEN LLP 150 Federal Street Boston, MA 02110 Telephone: (617) 951-8000 |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

On June 22, 2004, I contacted counsel for the Plaintiff and was informed that the Plaintiff assents to this motion.

/s/ Mark Schonfeld
Mark Schonfeld

### Certificate of Service

I, Mark Schonfeld hereby certify that on June 22, 2004, I caused a copy of the above document to be served upon all counsel of record by first class mail, postage prepaid.

/s/ Mark Schonfeld
Mark Schonfeld

00850714