UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGAL FABRICS, INC.,<br>               Plaintiff,<br><br>v.<br><br>KOBA, INC., an Illinois corporation;<br>IBR CORPORATION, d/b/a Harbortown Division,<br>an Illinois corporation; and<br>SHOPKO STORES, INC, a Wisconsin corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10961-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Defendants Koba, Inc.; IBR Corporation and Shopko Stores, Inc. (collectively "Defendants") hereby withdraw their Motion to Dismiss Pursuant to Rule 12(b)(6) which was filed on July 7, 2004. The grounds for this withdrawal are that Plaintiff has filed an Amended Complaint which causes the Motion to Dismiss to be moot.

                                              Respectfully Submitted,

                                              KOBA, INC.; IBR CORPORATION and
                                              SHOPKO STORES, INC.

                                              By their attorneys,

                                              */s/ Mark Schonfeld*
                                              Mark Schonfeld (BBO # 446980)
                                              Burns & Levinson LLP
                                              125 Summer Street
                                              Boston, MA  02110
                                              (617) 345-3000

Dated:  August 6, 2004

                                                                                     00860982

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on AUG 6 2004
*/s/ Mark Schonfeld*