UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGAL FABRICS, INC., <br>         Plaintiff, <br><br>     v. <br><br> KOBA, INC., an Illinois corporation; <br> IBR CORPORATION, d/b/a Harbortown Division, <br> an Illinois corporation; and <br> SHOPKO STORES, INC, a Wisconsin corporation, <br><br>         Defendants. | CIVIL ACTION <br> NO. 04-10961-RWZ |

**MOTION FOR ADMITTANCE OF RICHARD S. TAFFET PRO HAC VICE**

  I, David M. Magee, a member of the Bar of this Court and an associate with the law firm of Bingham McCutchen LLP, counsel of record for Regal Fabrics, Inc. in this case, hereby move pursuant to Rule 83.5.3 of the Local Rules of this Court that Richard S. Taffet, a partner in the New York offices of Bingham McCutchen LLP, be admitted to appear and practice in this Court in this case. Richard S. Taffet is a member in good standing of the Bar of the state of New York and the United States District Court for the Southern, Eastern, Western, and Northern Districts of New York. There are no disciplinary proceedings pending against Mr. Taffet in any jurisdiction, and Mr. Taffet is familiar with the Local Rules of this Court.

The Pro Hac Vice Certification of Richard S. Taffet in support of this motion is submitted herewith.

Dated: Boston, Massachusetts
August 18, 2004

                        **REGAL FABRICS, INC.,**

                        By its attorneys,

                        /s/ David M. Magee
                        Victor H. Polk, Jr., BBO #546099
                        David M. Magee, BBO #652399
                        **BINGHAM McCUTCHEN LLP**
                        150 Federal Street
                        Boston, Massachusetts 02110
                        Tel: (617) 951-8000

                        *Attorneys for Plaintiff*
                        *Regal Fabrics, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGAL FABRICS, INC., <br>       Plaintiff, <br><br> v. <br><br> KOBA, INC., an Illinois corporation; <br> IBR CORPORATION, d/b/a Harbortown Division, an Illinois corporation; and <br> SHOPKO STORES, INC, a Wisconsin corporation, <br><br>       Defendants. | CIVIL ACTION <br> NO. 04-10961-RWZ |

## PRO HAC VICE CERTIFICATION OF RICHARD S. TAFFET

Pursuant to Local Rule 85.5.3 of the Federal Court for the District of Massachusetts, the foregoing attorney hereby requests that he be permitted to practice pro hac vice in the above captioned matter, and states as follows:

I, Richard S. Taffet, am a partner with the firm of Bingham McCutchen LLP and have been admitted to practice in the state of New York since 1981. I am admitted to practice in United States Federal Court for the Southern, Eastern, Western, and Northern Districts of New York and the United States Court of Appeals for the Second and Sixth Circuits. I am not currently under any order of disbarment, suspension or any other disciplinary action. I will be actively associated in this litigation with the law firm of Bingham McCutchen LLP, through attorneys Victor

LITDOCS/564929.1

H. Polk, Jr. and David M. Magee who are members of the United States Federal Court for the District of Massachusetts.

I have read and familiarized myself with the Local Rules for the Federal District court for the District of Massachusetts.

Dated:   August 18, 2004

_____
Richard S. Taffet, BBO #1721182
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York 10022-4689
Tel: (212) 705-7000