UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGAL FABRICS, INC.,<br>      Plaintiff,<br><br>    v.<br><br>KOBA, INC., an Illinois corporation;<br>IBR CORPORATION, d/b/a Harbortown Division,<br>an Illinois corporation; and<br>SHOPKO STORES, INC, a Wisconsin corporation,<br><br>      Defendants. | CIVIL ACTION<br>NO. 04-10961-RWZ |

## ANSWER AND AFFIRMATIVE DEFENSES OF REGAL FABRICS, INC. TO COUNTERCLAIM

Plaintiff/Defendant-in-Counterclaim Regal Fabrics, Inc. ("Regal"), hereby files its Answer and Affirmative Defenses to the Counterclaim filed by Defendants/Plaintiffs-in-Counterclaim, Koba, Inc. ("Koba"); IBR Corporation d/b/a Harbortown Division ("Harbortown"), and Shopko Stores, Inc. ("Shopko"), collectively (the "Defendants"), and in support thereof states as follows:

### ANSWER

**Parties**

  1.  Regal admits the allegations contained in Paragraph 1 of the Counterclaim

2. Regal admits the allegations contained in Paragraph 2 of the Counterclaim.

3. Regal admits the allegations contained in Paragraph 3 of the Counterclaim.

4. Regal admits the allegations contained in Paragraph 4 of the Counterclaim.

**Facts**

5. Regal admits that it alleges copyright infringement of the fabric design registered with the U.S. Copyright Office as VA-092-293 and dated August 14, 2001 and otherwise denies the allegations in Paragraph 5 of the Counterclaim.

6. Regal denies the allegations contained in Paragraph 6 of the Counterclaim.

7. Regal denies the allegations contained in Paragraph 7 of the Counterclaim.

## Counterclaim I

### (Declaratory Judgment; Invalidity of Copyright)

8. Regal incorporates its responses to Paragraphs 1 through 7 of the Counterclaim as if set forth fully herein.

9. Regal denies the allegations contained in Paragraph 9 of the Counterclaim.

**FIRST AFFIRMATIVE DEFENSE**

The Counterclaim fails to state claims upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs-in-counterclaim's claims are barred by the doctrine of estoppel.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs-in-counterclaim are barred by the doctrine of unclean hands.

Dated:   Boston, Massachusetts
         August 19, 2004

                              **REGAL FABRICS, INC.,**

                              By its attorneys,

                              /s/David M. Magee                    .
                              Richard S. Taffet, BBO #1721182
                              Victor H. Polk, Jr., BBO #546099
                              David M. Magee, BBO #652399
                              **BINGHAM McCUTCHEN LLP**
                              150 Federal Street
                              Boston, Massachusetts 02110
                              Tel: (617) 951-8000

                              *Attorneys for Plaintiff*
                              *Regal Fabrics, Inc.*

LITDOCS/564594.1