UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGAL FABRICS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KOBA, INC., an Illinois corporation;<br>IBR CORPORATION, d/b/a Harbortown Division,<br>an Illinois corporation; and<br>SHOPKO STORES, INC, a Wisconsin corporation,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 04-10961-RWZ |

## Regal Fabrics, Inc.'s Local Rule 16.1(D)(3) Certificate

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated September ___, 2004

**Regal Fabrics, Inc.**

By: _____

Its: PRESIDENT

**Regal Fabrics, Inc.**

By their attorneys,

_____
Richard S. Taffet, BBO #1721182
Victor H. Polk, Jr., BBO #546099
David M. Magee, BBO #652399
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail & fax on 9-8-04
_____
DAVID M. MAGEE

LITDOCS/565643.1