UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REGAL FABRICS, INC.,
    *Plaintiff,*

v.

KOBA, INC., an Illinois corporation;
IBR CORPORATION D/B/A
HARBORTOWN DIVISION, an Illinois
corporation; and
SHOPKO STORES, INC., a Wisconsin
corporation
    *Defendants.*

CIVIL ACTION NO. 04-10961-RWZ

### IBR Corp.'s Local Rule 16.1(D)(3) Certification

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated September 27, 2004

IBR, Corp.

By: _____
Its: President

IBR, Corp.

By its attorneys,

_____
Mark Schonfeld, BBO #446980
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

J:\Docs\26634\00001\00871458.DOC

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on Oct 13, 2004.
_____