UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REGAL FABRICS, INC.,
    Plaintiff,          CIVIL ACTION
  v.                           No. 04-10961-RWZ

KOBA, INC., ET. AL.,
    Defendants,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #16, 5th FLOOR** |
| 1 Courthouse Way | **DATE AND TIME:** |
| <u>Boston</u>, MA 02210 | **January 3, 2005, at 9:00 a.m.** |

_____
Type of Proceeding:


**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**



_____
                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE


<u>December 2, 2004</u>          /s/ Lisa B. Roland
Date                          Lisa B. Roland,
                                  Deputy Clerk
                                  (508) 929-9905