UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**REGAL FABRICS, INC.,**

                **Plaintiff,**

                                                                                  **CIVIL NO. 04-10961-RWZ**

**KOBA, INC. ET.AL.,**

                **Defendant,**

<u>**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**</u>

**TO: JUDGE ZOBEL**

**SWARTWOOD, C.M.J.**

On    <u>January 3rd, 2005</u>    I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | **EARLY NEUTRAL EVALUATION** | **X** | **MEDIATION** |
| ____ | **MINI-TRIAL** | ____ | **SUMMARY JURY TRIAL** |
| ____ | **SETTLEMENT CONFERENCE** | | |

This case had other scheduled dates before this court that were continued. A further mediation was scheduled for July 20th in Boston, and was reported settled before parties appeared.

The case was:

(X)    Settled. Your clerk should enter a <u>60</u> day order of dismissal.
(  )    There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(  )    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

<u>**August 8, 2005**</u>                                    <u>/s/ Charles B. Swartwood, III</u>
**Date**                                                **CHARLES B. SWARTWOOD, III, C.M.J.**