UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGAL FABRICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KOBA, INC., an Illinois corporation; )<br>IBR CORPORATION, d/b/a Harbortown Division, an )<br>Illinois corporation; and )<br>SHOPKO STORES, INC., a Wisconsin corporation, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10961 RWZ |

FILED
IN CLERKS OFFICE
2005 OCT 21  P 1: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REOPEN AND ENFORCE SETTLEMENT AGREEMENT

The defendants, IBR Corporation, Koba, Inc. and Shopko Stores, Inc., oppose the Plaintiff's Motion to Reopen and Enforce Settlement Agreement.

The grounds for the defendants' opposition are:

1.  The insurer for the defendants, IBR and Shopko has contributed $108,000 to the settlement. A copy of the insurer's check is attached hereto.

2.  The defendant Shopko has contributed $10,000 to the settlement. A copy of Shopko's check is attached hereto.

3.  The defendant IBR has encountered recent financial difficulties and has not been able to contribute its $50,000 portion of the settlement, as stated in the Affidavit of Judith J. Brosnan, submitted herewith. However, IBR is confident that its cash flow will improve and that it will be able to pay this obligation before the end of November 2005.

4.  The reasons for IBR's unexpectedly poor financial performance are as follows:

    a.  Back to school sales were extremely weak in August and September.

      b.     IBR's largest customer, Bed Bath & Beyond withheld payment of IBR's account because it could not sell some of IBR's merchandise. This action was unjustified and unlawful. Bed Bath & Beyond is currently holding $123,000 of IBR's money.

     5.     IBR's receivables will start to be paid at the end of October and through November. IBR expects that it will pay the $50,000 before the end of November, if not earlier.

     6.     IBR regrets having caused this situation to occur. When IBR agreed to the settlement, IBR did not expect that it would be unable to contribute the $50,000 in a timely manner. IBR apologizes to the Court and to Regal Fabrics for this delay and assure the Court that it will be able to pay its $50,000 share before the end of November, if not earlier.

                      Defendants,

                      IBR CORPORATION
                      KOBA, INC. and
                      SHOPKO STORES, INC.

                      By their attorneys,

                      */s/ Mark Schonfeld*
                      Mark Schonfeld (BBO# 446980)
                      Burns & Levinson LLP
                      125 Summer Street
                      Boston, MA  02110
                      Telephone:  (617) 345-3000
Dated: October 21, 2005          Facsimile:  (617) 345-3299

| ACCOUNTS PAYABLE | SHOPKO STORES, INC. PAMIDA | P.O. Box 19060 Green Bay, WI 54307-9060 (920) 497-2211 | | | | | ATTACH |
|---|---|---|---|---|---|---|---|
| L7956 | | 08/08/05 | 00000 | EXP | 10,000.00 10,000.00 | 0.00 0.00 | 10,000.00 10,000.00 |
| NGHAM MCCUTCHEN LLP | | | 9049109001 | 08/10/05 | 10,000.00 | | 36347575 |
| VENDOR NAME | | | VENDOR NUMBER | DATE | CHECK AMOUNT | | CHECK NUMBER |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND MICROPRINTING IN THE SIGNATURE LINE

**ShopKo** P.O. Box 19060
STORES INC. Green Bay, WI 54307-9060

**Pamida.**

FLEET MAINE, N.A.
SOUTH PORTLAND  ME 04104

52-153/112

CHECK NO. **36347575**

VENDOR 9049109001    DATE 08/10/05

PA■ TEN THOUSAND DOLLARS AND 00 CENTS **********

PAY ONLY 10000 00 CTS CTS    $*****$10,000.00

TO THE ORDER OF                VOID OVER $10,000.00    VOID AFTER 90 DAYS

BINGHAM MCCUTCHEN LLP
ATTORNEYS FOR REGAL FABRIC
150 FEDERAL STREET
BOSTON              MA  02110-

*[signature]*

Sr VP / Chief Financial Officer

THE REVERSE SIDE OF THIS DOCUMENT HAS FLUORESCENT FIBERS AND AN ARTIFICIAL WATERMARK. VIEW AT AN ANGLE

⑈36347575⑈ ⑆011201539⑆ 00802 16062⑈

**Assurance**

PO BOX 66941
CHICAGO    IL 60666 0941
847 240-8000

CHECK NUMBER: 1240454142
DATE ISSUED: 08/15/05
AMOUNT: 108,000.00

**Please Include Claim Number On All Future    Correspondence**

CLAIM NUMBER:      524-0034035 001 JT         TAX ID:
POLICY NUMBER:     PPS39091344                INVOICE NUMBER:
DATE OF LOSS:      03/23/03                   PYMT SERVICE DATES:
INSURED:           Harbortown Division of IBR Corp.
CLAIMANT:          Regal Fabric Inc
FILE SUPERVISOR:   Jeff Sheriff               PHONE NBR: 847 240-8000

NATURE OF PAYMENT: Full & Final Settlement
ATTACHMENT INSTRUCTIONS:

    PAYMENT DESCRIPTION                    AMOUNT PAID

BOP LIAB ALL OTHER                             108,000.00




                                     TOTAL:    108,000.00

ISSUED TO:
   Regal Fabrics, Inc. and BIngham McCutchen, their attorneys

   Mark Schonfeld c/o Burns & Levinson LLP

   125 Summer St.

   Boston                    MA 02110


REQUESTED BY: Jeff Sheriff

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**ZURICH AMERICAN INSURANCE COMPANY**
ON BEHALF OF Assurance

**Ⓩ ZURICH**

PO BOX 66941
CHICAGO    IL 60666 0941

CHECK NO. **1240454142**
70-2302/719
DATE ISSUED: 08/15/05
VOID AFTER 180 DAYS

CLAIM NUMBER:  524-0034035 001 JT
AMOUNT: ONE HUNDRED EIGHT THOUSAND AND 00/100 ----------------------------------- Dollars

Pay to the Order of  Regal Fabrics, Inc. and BIngham McCutchen, their attorneys    $108,000.00

LASALLE BANK NA
CHICAGO IL 60603

**THE BACKGROUND IS COLORED**

⑈ 1240454142 ⑈  ⑉071923022⑉:  559⑈888001⑈01⑈